IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

Nos. 96-50042 & 96-50073
USDC Nos. W-95-CV-173, 174
_____

BARRY LYNN GILMORE,

Plaintiff-Appellant,

versus

WILLIAM J. HARDIN, Dr.,

Defendant-Appellee,

* * * * * * * *

BARRY LYNN GILMORE,

Plaintiff-Appellant,

versus

DAN SMITH, Sheriff; JOHNSON, Lt.;
SHELLY HOWELL, Dr.; W.J. BRYAN,
Jail Administrator; HARDIN, Dr.,

Defendants-Appellees.

- - - - - - - - - -
Appeals from the United States District Court
for the Western District of Texas
- - - - - - - - - -
July 11, 1996

Before HIGGINBOTHAM, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

---

   [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Barry Lynn Gilmore (Texas prisoner # 621324) seeks *in forma pauperis* (IFP) status to appeal the district court's dismissal, as frivolous, of his civil rights suits alleging deliberate indifference to his medical needs. We have reviewed Gilmore's contentions and the records and determined that his appeals are frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). Therefore leave to appeal IFP is DENIED and the appeal is DISMISSED. Gilmore's motion for the appointment of counsel on appeal is DENIED as moot.

IFP DENIED; APPOINTMENT OF COUNSEL DENIED; APPEAL DISMISSED.